UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6041
26 U.S.C. §7203

CR - DIMITROULEAS

MAGISTRATE JUDGE
SNOW



UNITED STATES OF AMERICA, :

    Plaintiff, :

v. :

ANTONIO J. FRALLICCIARDI, :

    Defendant. :

_____

### INFORMATION

The United States Attorney charges:

#### COUNT I

During the calendar year, 1992, Antonio J. Frallicciardi, who was then a resident of Fort Lauderdale, Florida, in the Southern District of Florida, had and received gross income of $197,393; that by reason of such gross income he was required by law, to file a tax return with respect to income, following the close of the calendar year 1992, and on or before August 16, 1993, to make such return to the District Director of the Internal Revenue Service for the Internal Revenue District for the Southern District of Florida, or to the Director, Internal Revenue Service Center, at Atlanta, Georgia, or to any other proper officer of the United States, stating specifically the items of his gross



income and any deductions and credits to which he was entitled; that well-knowing and believing all of the foregoing, he did willfully fail to make an income tax return to said District Director of the Internal Revenue Service, to said Director of the Internal Revenue Service Center, or to any other proper officer of the United States.

In violation of Title 26, United States Code, Section 7203.


*[signature]*
THOMAS E. SCOTT
UNITED STATES ATTORNEY


*[signature]*
DEBRA J. STUART
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA         CASE NO.        1999R01464

V.

ANTONIO FRALLCCIARDI

**CERTIFICATE OF TRIAL ATTORNEY***
**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami    ___ Key West
X   FTL      ___ WPB    ___ FTP

New Defendant(s)        Yes ___  No ___
Number of New Defendants      ___
Total number of counts        ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)  NO
   List language and/or dialect  _____

4. This case will take   0   day for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days      X      Petty       ___
   II   6 to 10 days    ___     Minor       ___
   III  11 to 20 days   ___     Misdem.      X
   IV   21 to 60 days   ___     Felony      ___
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)  NO
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No)  NO
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____  District of _____
Is this a potential death penalty case? (Yes or No)  NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  X  No   If yes, was it pending in the Central Region?   Yes  No

DEBRA J. STUART
ASSISTANT UNITED STATES ATTORNEY
COURT NO. A550061

*Penalty Sheet(s) attached                               REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: <u>ANTONIO FRALLICCIARDI</u> No.: _____

Count #l:   Failure to file tax return; in violation of 26:7203

<u>*Max Penalty:   One Year Imprisonment ; $100,000 fine and costs of prosecution</u>

Count #2: _____

<u>*Max Penalty:</u> _____

<u>*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.</u>