## COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: ANTONIO FRALLICCIARDI (surr)    CASE NO:    00-6041-CR-DIMITROULEAS

AUSA: DEBRA STUART _- pre_    ATTY:    DON BIERMAN _- pres_

AGENT: _mistm._    VIOL:    26:7203    _+ Charles Ruffner_

PROCEEDING I/A ON INFORMATION    RECOMMENDED BOND PSB

BOND HEARING HELD - yes/~~no~~    COUNSEL APPOINTED _____

BOND SET @ 50,000 PSB

SPECIAL CONDITIONS:

1) To be cosigned by: _____

2) Rpt to PTS ____ x's a wk/month by phone; ____ x's a wk/month in person

3) Travel extended to: _Cent KS - advise lawyer_

_of any travel_

_advised of charges_

INFO
Reading of ~~indictment~~ waived
~~Not Guilty plea entered~~
~~Jury trial demanded~~
Standing _____

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL: _____

PTD/BOND HRG: _____

PRELIM/ARRAIGN: _____

REMOVAL HRG: _____

STATUS CONF: _N/A_

Date: 3/9/00    Time 11:00    FTL/LSS    TAPE #00- 015    Begin: 2142    End: 2354

