UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6041-CR-WPD

UNITED STATES OF AMERICA

vs

ANTONIO FRALLICCIARDI

ARRAIGNMENT INFORMATION SHEET

*FILED by MAR 9 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MARCH 9, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:             Address: __ON BOND FORM_____

                              _____

                      Telephone:_____

DEFENSE COUNSEL:      Name:_____DON BIERMAN, ESQ._____

                      Address:_____

                              _____

                      Telephone:_____

BOND SET/CONTINUED:   $_____

Bond hearing held: yes_____  no_____  Bond hearing set for_____

Dated this __9TH____ day of __MARCH_____,2000.

                              CLARENCE MADDOX
                              COURT ADMINISTRATOR/CLERK OF COURT

                              By: _Jenny Butler_____
                                  Deputy Clerk

                              Tape No. _00-015_____

cc: Copy for Judge
    U. S. Attorney