UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # **55233-004**

UNITED STATES OF AMERICA )
       Plaintiff ) Case Number: CR **00-6041 CR-WPD**
                  ) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
**ANTONIO J. FRALLICCIARDI** )
      Defendant
*********************************************************

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE
*********************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: **3-9-00** am/pm

(2) Language Spoken: **ENGLISH**

(3) Offense(s) Charged: **TAX FRAUD 26-USC 7203**

(4) U.S. Citizen [ ] Yes [✓] No [ ] Unknown

(5) Date of Birth: **10-24-38**

(6) Type of Charging Document: (check one)
    [ ] Indictment [ ] Complaint To be filed/Already filed
    Case # **00-6041 CR-WPD**

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: **SD/FL**

COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $ **50,000 PSB**
Who set Bond: **MAG SNOW**

(7) Remarks: _____

(8) Date: **3/9/2000** (9) Arresting Officer: **R GANESH**

(10) Agency: **USMS** (11) Phone: **38-356**

(12) Comments: _____

