UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6041-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : |
| ANTONIO FRACCILLIARDI, | : |
| Defendant. | : |

**NIGHT BOX FILED**

**MAY 1 0 2000**

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### JOINT MOTION FOR CONTINUANCE

NOW COME the parties, the United States of America and defendant, Antonio Frallicciardi, and file this motion for a continuance of this cause for sentencing, until July, 2000. In support of this motion, the parties show unto the Court the following:

1. This case has been calendared for sentencing for 10:30 a.m. on May 12, 2000. This represents the first time this cause has been set for sentencing.

2. Counsel for both of the parties have been hospitalized within the last two weeks and have been unable to respond to the Presentence Investigation report ("PSI") for which a response time of "ASAP" was given.

3. The parties anticipate that the brief continuance will allow adequate time to add necessary information to the PSI and to further resolve issues which will greatly expedite the sentencing hearing in this cause.

4. Don Bierman, Esquire, counsel for defendant, will be unavailable for the time



period May 17 through June 30, 2000, due to a previously scheduled court appearance related to a capital murder trial in state court.

5.  Defendant is currently free on bond and has been reporting as instructed to the Pre-Trial Services office. No party will be prejudiced by this requested brief continuance.

6.  This motion for continuance is made in good faith for the furtherance of the ends of justice and not for purposes of delay.

NOW, therefore, the parties respectfully request a continuance of this cause for trial until July, 2000.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

_Debra J. Stuart for_  By:  _Debra J. Stuart_

DONALD I. BIERMAN, ESQ.
COUNSEL FOR DEFENDANT
FLA. BAR NO. 093244
BIERMAN, SHOHAT, LOWEY, et al.
800 Brickell Avenue, Penthouse 2
Miami, Florida 33131
(305) 358-7000
(305) 358-4010

DEBRA J. STUART
ASSISTANT U.S. ATTORNEY
COURT NO. A5500061
500 E. Broward Blvd. 7th Floor
Ft. Lauderdale, Florida 33394
(954) 356-7255
(954) 356-7336