UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6041-CR-DIMITROULEAS

Plaintiff,

vs.

ANTONIO FRACCILLIARDI,

Defendant.
_____/

## **ORDER GRANTING CONTINUANCE**

THIS CAUSE having been heard upon a May 10, 2000 Joint Motion For Continuance, said motion is GRANTED. Sentencing is reset until July 7, 2000 at 8:30 A.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _11_ day of May, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Debra Stuart, AUSA

Donald Bierman, Esquire
800 Brickell Avenue, PH2
Miami, FL 33131

United States Probation Office

