**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**

**CASE NO. 00-6041-Cr-Dimitrouleas**

**UNITED STATES OF AMERICA**

vs

**ANTONIO J. FRALLICCIARDI**

_____/

## DEFENDANT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

Defendant, Antonio J. Frallicciardi, through undersigned counsel hereby files his objections to the Presentence Investigation Report and says:

1. **PARAGRAPH 9** - Frallicciardi never received the computer generated notices reflected in the first part of Paragraph 9.

2. **PARAGRAPH 10** - Frallicciardi was only interviewed once and this was done voluntarily in his residence.

3. **PARAGRAPHS 51, 52 an d53** - The country of Venezuela should be replaced by Argentina.

4. **PARAGRAPH 99** - There is a basis for downward departure, namely, the Defendant's severe heart condition. As reflected in paragraph 5, the government has stipulated to the fact that they do not oppose the Defendant's request for a downward departure because of his heart attack, heart condition and by-pass surgery. Paragraphs 44-48 reflect the defendant's heard condition. Specifically, he had a heart attack and has undergone a variety of surgeries relating to the heart attack as reflected in the PSI.



LAW OFFICES OF BIERMAN, SHOHAT, LOEWY & KLEIN, P.A. PENTHOUSE TWO, 800 BRICKELL AVENUE, MIAMI, FLORIDA 33131-2944

Respectfully submitted,

**BIERMAN, SHOHAT,
LOEWY & KLEIN, P.A.**
Attorneys for Defendant
Penthouse Two
800 Brickell Avenue
Miami, Florida 33131-2944
Telephone: (305) 358-7000
Facsimile:  (305) 358-4010

BY_____
  **DONALD I. BIERMAN**
  Florida Bar No. 093244

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by facsimile and mail this 30th day of May 2000 to AUSA Debra J. Stuart, 500 East Broward Boulevard, Seventh Floor, Fort Lauderdale, FL 33394-3002; Kathryn Gomez, U.S. Probation Officer, 299 East Broward Boulevard, Room 409, Fort Lauderdale, FL 33301-1865.

_____
DONALD I. BIERMAN