**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division**

**CASE NO. 00-6041-Cr-Dimitrouleas**

**UNITED STATES OF AMERICA**

**vs**

**ANTONIO J. FRALLICCIARDI**

_____/

## AGREED MOTION TO CONTINUE SENTENCING

The Defendant, Antonio J. Frallicciardi, through counsel hereby moves this Court to continue the sentencing presently scheduled for Friday, July 7, 2000 to the anytime the week of July 24, 2000 and as grounds therefor would state:

1. The sentencing in this matter is scheduled for Friday, July 7, 2000 at 8:30 a.m.

2. Undersigned counsel has vacation plans to take his grandchildren to Washington, D.C. during the week of July 3, 2000. Undersigned counsel wishes to return from his trip on Sunday, July 9, 2000. For this reason, it is requested that the sentencing in this case be re-scheduled to the week of July 24, 2000.

3. Additionally, undersigned counsel has pre-paid a family cruise in which he will be out of town August 3 through August 28, 2000.

3. The defendant requires the additional time to complete matters relating to his tax obligations.

4. Undersigned counsel has consulted with AUSA Debra Stuart's office who has advised that she has no objection to the granting of this motion.

WHEREFORE, the Defendant requests that the sentencing in this matter be rescheduled sometime during the week of July 24, 2000.

Respectfully submitted,

**BIERMAN, SHOHAT,
LOEWY & KLEIN, P.A.**
Attorneys for Defendant
Penthouse Two
800 Brickell Avenue
Miami, Florida 33131-2944
Telephone: (305) 358-7000
Facsimile: (305) 358-4010

BY _____
DONALD I. BIERMAN
Florida Bar No. 093244

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by facsimile and mail this ___ day of June 2000 to AUSA Debra J. Stuart, 500 East Broward Boulevard, Seventh Floor, Fort Lauderdale, FL 33394-3002 ; Kathryn Gomez, U.S. Probation Officer, 299 East Broward Boulevard. Room 409, Fort Lauderdale, FL 33301-1865.

_____
DONALD T. BIERMAN