UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6041-CR-DIMITROULEAS

Plaintiff,

vs.

ANTONIO FRACCILLIARDI,

Defendant.

_____/

**O R D E R**

THIS CAUSE having been heard upon Defendant's June 7, 2000 Agreed Motion To Continue Sentencing [DE-15], said motion is GRANTED in part. Sentencing is reset until July 14, 2000 at 11:30 A.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___7___ day of June, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Debra Stuart, AUSA

Donald Bierman, Esquire
800 Brickell Avenue, PH2
Miami, FL 33131

Kathryn Gomez, USPO