**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**
**CASE NO. 00-6041-Cr-Dimitrouleas**

UNITED STATES OF AMERICA

vs

ANTONIO J. FRALLICCIARDI
_____/



### AGREED MOTION TO CHANGE TIME OF SENTENCING

The Defendant, Antonio J. Frallicciardi, through counsel hereby moves this Court to continue the time of the sentencing presently scheduled for Friday, July 14, 2000 at 11:30 a.m. to the afternoon on that same day and as grounds therefor would state:

1. The sentencing in this matter is scheduled for Friday, July 14, 2000 at 11:30 a.m.

2. A motion for new trial hearing has been scheduled for July 14, 2000 at 10:00 a.m. before the Honorable Victoria Platzer for the first degree murder conviction in the case of *State of Florida v. Enrico Forti*, Case No. F99-34759.

3. Undersigned counsel has consulted with AUSA Debra Stuart who has advised that she has no objection to the granting of this motion.

WHEREFORE, the Defendant requests that the time of sentencing in this matter be re-scheduled for the afternoon of July 14, 2000.

Respectfully submitted,

BIERMAN, SHOHAT,
LOEWY & KLEIN, P.A.
Attorneys for Defendant
800 Brickell Avenue PH-2
Miami, Florida 33131-2944
Telephone: (305) 358-7000
Facsimile: (305) 358-4010

BY_____
DONALD I. BIERMAN #093244

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by facsimile and mail this ___ day of July 2000 to AUSA Debra J. Stuart, 500 East Broward Boulevard, Seventh Floor, Fort Lauderdale, FL 33394-3002.; Kathryn Gomez, U.S. Probation Officer, 299 East Broward Boulevard, Room 409, Fort Lauderdale, FL 33301-1865.

DONALD I. BIERMAN