**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division**

CASE NO. 00-6041-Cr-Dimitrouleas



**UNITED STATES OF AMERICA**

vs

**ANTONIO J. FRALLICCIARDI**

_____/

## ORDER CONTINUING TIME OF SENTENCING IN PART

THIS CAUSE came before the Court upon the Agreed motion of the defendant to continue the sentencing hearing from 11:30 a.m. on July 14, 2000 to the afternoon of July 14, 2000. The Court having considered said motion and being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that said motion is GRANTED, IN PART The sentencing hearing currently scheduled for July 14, 2000 at 11:30 a.m. shall be continued to July 14, 2000 at __8:30__ a.m.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida this __7__ day of July 2000.

UNITED STATES DISTRICT JUDGE

Copies furnished to:

Bierman, Shohat, Loewy & Klein P.A.
AUSA Debra Stuart, Esquire
USPO Kathryn Gomez

