UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6041-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

-vs-

ANTONIO J. FRALLICCIARDI,

              Defendant.     /

### JOINT MOTION FOR CONTINUANCE

The United States of America and ANTONIO J. FRALLICCIARDI (hereinafter referred to as the "defendant") respectfully file this joint motion for continuance and in support thereof show unto the Court the following:

1. This cause has been set for sentencing on July 14, 2000. In preparation for sentencing, the parties have been attempting to resolve issues essential to the fair disposition of this case. The issues include the defendant's good faith compliance with the plea agreement and the proper and fair calculation of income and taxes.    To be fair to both parties, it has been necessary to review underlying factual matters, some of which have required attempts to obtain verification from outside the United States. While the parties have cooperated with each other in the attempted resolution of these matters, additional time is needed.

2. The parties believe that they will be able to reach substantial agreement on these matters, if allowed the additional time for cooperation. The brief continuance requested by this joint motion should eliminate the necessity for evidentiary proceedings and significantly shorten the time required by the Court to dispose of this case. The parties submit that it is in the interest of judicial economy that the remaining legal and factual issues be decided prior to sentencing.



3. Counsel for the defendant has the responsibility for the hearing of a motion for new trial, scheduled for July 14, 2000, at 10:00 a.m., before the Honorable Victoria Platzer for the first degree murder conviction in the case of *State of Florida v. Enrico Forti*, Case No. F99-34759. To accommodate the parties, the Court has rescheduled the sentencing in this cause for 8:30 a.m. on July 14; however, due to the unresolved issues remaining for sentencing, it is anticipated by the parties that two to three hours would be required for the sentencing proceeding.

NOW, THEREFORE, the parties respectfully request that this cause be continued for sentencing until a date no earlier than September 15, 2000, or such later date as may be convenient to the Court..

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

Date: *July 11, 2000*　　　　By: _____

DEBRA J. STUART
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500061
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394
Telephone: (954)356-7255, ext. 3597
Fax No. :　(954)356-7336

BIERMAN, SHOHAT, LOEWY & KLEIN, P.A.
ATTORNEYS FOR DEFENDANT

Date: *July 11, 2000*　　　　By: _____

DONALD I. BIERMAN, ESQUIRE
Florida Bar No. 093244
800 Brickell Avenue, PH-2
Miami, Florida 33131-2944
Telephone No. (305) 358-7000
Fax No.　　　(305) 358-4010