UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTONIO J. FRALLICCIARDI,

    Defendant.
_____/

CASE NO. 00-6041-CR-DIMITROULEAS



## ORDER CONTINUING TIME OF SENTENCING IN PART

THIS CAUSE came before the Court upon the July 11, 2000 Joint Motion For Continuance and the Court having considered said motion and being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that said motion is GRANTED, in part. The sentencing hearing currently scheduled for July 14, 2000 at 8:30 A.M. shall be continued to July 14, 2000, at 1:30 P.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of July, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Debra J. Stuart, AUSA

Donald L. Bierman, Esquire
800 Brickell Avenue, PH-2
Miami, FL 33131-2944

Kathryn Gomez, USPO

