## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6041-CR-WPD    DATE: July 14, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Antonio Franciciardi

U.S. ATTORNEY: Delra Stuart    DEFT. COUNSEL: Donald Bierman

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed; Court finds that a downward departure is appropriate. 1 year probation w/ first 10 months to be spent in home confinement (allowed to work) No electronic monitoring

JUDGMENT: _____

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft Informed of Right to Appeal.

